No. 42486.—Protests 917236-G, etc., of Alfred Dunhill of London, Inc. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel and on the authority of *Dunhill* v. *United States* (C. D. 70) and Abstract 41307 the lighter parts in question were held dutiable at two-thirds of 1 cent each and two-fifths of 1 cent per dozen for each 1 cent the value exceeds 20 cents per dozen, and 25 percent ad valorem, under paragraph 1527 (c) (2) and the French Trade Agreement (T. D. 48316).

No. 42487.—Protest 929641-G of M. Pressner & Co. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel and on the authority of Abstracts 39509 and 40493 cigarette whistles or noisemakers or novelties and squawker balloons were held dutiable at 45 percent under paragraph 409 as claimed.

No. 42488.—Protests 886792-G, etc., of Albert P. Meyer & Co. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel squawker balloons similar to those passed upon in Abstract 40493 were held dutiable at 45 percent under paragraph 409 and siren whistles were held dutiable at 45 percent under paragraph 397 on the authority of Abstract 39948.

No. 42489.—Protests 985487-G, etc., of M. Pressner & Co. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) animals or ornaments in chief value of plaster of paris similar to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) at 35 percent under paragraph 205; (2) squawker balloons partly of bamboo similar to those the subject of Abstract 40493 at 45 percent under paragraph 409; and (3) trick daggers like those passed upon in Abstract 37637 at 45 percent under paragraph 397.

No. 42490.—Protest 982982-G of M. Pressner & Co. (New York).

Opinion by EVANS, J.  In accordance with stipulation of counsel and on the authority of Abstract 37637 the trick daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.